IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24–20–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| LYDIA ELVERA DELGADO, | |
| Defendant. | |

Before the Court is Defendant Lydia Elvera Delgado's Unopposed Motion for Release to Inpatient Treatment. (Doc. 61.) Delgado has been found guilty of one count of bank fraud and one count of aggravated identity theft. (Doc. 59.) Delgado has been committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility, (Doc. 48), and is currently awaiting sentencing on September 19, 2024, (Doc. 58). Delgado requests that the Court release her to inpatient treatment at the Recovery Centers of Montana's women's facility in Martin City, Montana, for at least thirty days, beginning August 1, 2024, so that she can participate in substance abuse treatment. (Doc. 61 at 2.) Delgado acknowledges and accepts that she will be returned to custody upon completion of the program. (*Id.*)

Accordingly, IT IS ORDERED that the motion (Doc. 61) is GRANTED.

1

Delgado is released to the custody of Recovery Centers of Montana to participate in inpatient treatment, beginning on or about August 1, 2024.  Upon completion of the inpatient treatment program, Delgado shall be returned to the custody of the Attorney General or his designated representative for confinement in a corrections facility pending sentencing in this matter.

      DATED this 30th day of July, 2024.

      /s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court